UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
SUPPLEMENTAL EFFLUENT LIMITATIONS GUIDELINES
AND STANDARDS FOR THE STEAM ELECTRIC POWER
GENERATING POINT SOURCE CATEGORY, 89 FED. REG.
40198, PUBLISHED ON MAY 9, 2024                                                     MCP No. 187

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The United States Environmental Protection Agency published a Final Rule in the Federal Register on May 9, 2024, which was deemed issued and promulgated for purposes of judicial review on May 23, 2024. On June 12, 2024 the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in six circuit courts of appeal as follows: Fourth Circuit, Fifth Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, and District of Columbia Circuit.

The Panel has randomly selected the United States Court of Appeals for the Eighth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Eighth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Ayonee Miller, Case Administrator
Random Selector

Lakiah Hyson, Case Administrator
Witness

IN RE: ENVIRONMENTAL PROTECTION AGENCY,
SUPPLEMENTAL EFFLUENT LIMITATIONS GUIDELINES
AND STANDARDS FOR THE STEAM ELECTRIC POWER
GENERATING POINT SOURCE CATEGORY, 89 FED. REG.
40198, PUBLISHED ON MAY 9, 2024                                    MCP No. 187

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Fourth Circuit, No. 24-1483 | Catawba Riverkeeper and Winyah Rivers Alliance v. EPA, et al. |
| Fifth Circuit, No. 24-60268 | NRG Texas Power, LLC, et al. v. EPA, et al. |
| Eighth Circuit, No. 24-2123 | Southwestern Electric Power Co., et al. v. EPA, et al. |
| Ninth Circuit, No. 24-3294 | Center for Biological Diversity v. EPA, et al. |
| Eleventh Circuit, No. 24-11702 | State of West Virginia, et al. v. EPA, et al. |
| DC Circuit, No. 24-1167 | Clean Water Action, et al. v. EPA, et al. |